IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-00122-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. REGINALD LEE CANNON,

      Defendant.

---

## ORDER

---

    Upon petition of the United States and for good cause shown,

    IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United

States Marshal's Service requiring said United States Marshal to produce said defendant be

brought before United States Magistrate Judge Court, as soon as practicable, for proceedings and

appearances upon the charges set forth in the Indictment, and to hold him at all times in his

custody as an agent of the United States of America until final disposition of the defendant's

case, and thereafter to return the defendant to the institution wherein he is now confined.

    SO ORDERED this _15_ day of May, 2007.

                            UNITED STATES MAGISTRATE JUDGE
                            UNITED STATES DISTRICT COURT
                            DISTRICT OF COLORADO