IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00122-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

REGINALD LEE CANNON,

       Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce REGINALD LEE CANNON, D.O.B. 1968, DOC Number 95496, before United States Magistrate Court, as soon as practicable, for proceedings and appearances upon the charge set forth in the Indictment and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this 12Th day of June, 2007.

                                       _[signature]_
                                       UNITED STATES MAGISTRATE JUDGE
                                       UNITED STATES DISTRICT COURT
                                       DISTRICT OF COLORADO

                                             **MICHAEL J. WATANABE**
                                             **U.S. MAGISTRATE JUDGE**
                                             **DISTRICT OF COLORADO**